# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | CASE NO: 13-06438 (MCF) |
| **Sheida Rivera Siverio**<br>Debtor (s) | Chapter 7 |
| **Miguelina Delgado Rodríguez**<br>Plaintiff | Adversary Proceeding:<br>13-00218 (MCF) |
| v. | |
| **Sheida Rivera Siverio**<br>**Noemí Landrau, Chapter 7 Trustee**<br>Debtor/Defendant | |

## REPLY TO MOTION TO DISMISS

TO THE HONORABLE BANKRUPTCY COURT:

Comes now Plaintiff, Miguelina Delgado Rodríguez through her undersigned attorney and before this Honorable Court most respectfully requests, states and prays as follows:

Debtor-Defendant has filed a motion to dismiss this adversary proceeding on grounds of its request to convert the case from a Chapter 7 to a Chapter 13.

The appearing party's final position on this matter will depend on whether or not the case is finally converted.

Therefore, and in the interest of procedural economy we ask that the resolution of the motion to dismiss be held in abeyance pending a final decision over the request for conversion in the lead case.

WHEREFORE, we request from this court to grant this motion and, consequently, hold in abeyance the motion to dismiss disposition pending a final decision on the issue of conversion.

## CERTIFICATE OF SERVICE

I hereby certify that on this same day I electronically filed the foregoing document(s) with the Clerk of the Court for the US Bankruptcy Court for the District of Puerto Rico by using the CM/ECF system. I certify that the following parties or their counsel(s) of record are registered as ECF Filers and that they will be served by the CM/ECF system: Noemí Landrau, Trustee and Armando Lamourt Rodríguez, Esq.

In Hatillo, Puerto Rico, this 19th day of March 2014.

Respectfully Submitted

s/ Alberto J. Torrado Delgado
PO BOX 1329
HATILLO PR 00659-1329
TEL. (787) 262-5138
FAX (787) 898-6640
USDC No. 216413
alberto@torrado.com